# United States District Court
## Southern District of Georgia

Al Welch

JUDGMENT IN A CIVIL CASE

V.　　　　　　　　　　CASE NUMBER: CV414-231

United States of America

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's Order dated December 11, 2014, adopting the Report and Recommendation of the Magistrate Judge as the opinion of this Court; denying Welch's 2255 petition. This action stands closed.



December 11, 2014　　　　　　　　　　Scott L. Poff
Date　　　　　　　　　　　　　　　　　Clerk

(By) Deputy Clerk